# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| DIAMOND TOOLS TECHNOLOGY (THAILAND) LTD.,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>DIAMOND SAWBLADES MANUFACTURERS' COALITION,<br><br>    Defendant-Intervenor. | Court No. 19-00143 |

## JOINT STATUS REPORT

The parties in the above-captioned action have consulted, and hereby submit the following Joint Status Report.

On January 30, 2020, the Court issued its Order staying this action. ECF 25. On March 11, 2020, the Court issued its Order further staying this action until a final decision is issued in a judicial appeal of Case 7184 under the Enforce and Protect Act ("EAPA"), instructing the parties to file a Joint Status Report with the Court no later than seven days after the parties have exhausted any opportunity to appeal further EAPA Case 7184. *See* ECF 27.

On July 28, 2023, the Court entered a judgment sustaining the March 16, 2023 remand results of U.S. Customs and Border Protection ("CBP") in EAPA Case 7184. Judgment, Slip Op. 23-111, July 28, 2023. No party filed a notice of appeal of the Court's July 28, 2023 judgement, such that parties have exhausted any opportunity to appeal EAPA Case 7184.

As stated by Plaintiff Diamond Tools Technology (Thailand) Ltd. ("DTT") in its Consent Motion to Stay, if CBP agreed with DTT that imports of diamond sawblades prior to December 1, 2017 had not evaded the antidumping duty order on diamond sawblades and parts thereof from China, this could eliminate DTT's interest in pursuing this action. ECF 24 at 5. In the remand results, CBP found that DTT "did not engage in evasion when it entered diamond sawblades assembled in Thailand with Chinese components into the United States without declaring such merchandise as subject to the AD Order." Slip Op. 23-111 at 3.

Consequently, DTT intends to withdraw this action. Rule 41(a)(1)(A)(ii) of the Rules of this Court states that "the plaintiff may discuss an action without court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The parties are therefore filing a stipulation of dismissal with respect to this action under separate docket entry.

                Respectfully submitted,

                /s/ Ron Kendler
                Walter J. Spak
                Jay C. Campbell
                Ron Kendler
                Allison J.G. Kepkay
                WHITE AND CASE LLP
                701 Thirteenth Street, NW
                Washington, DC 20005
                (202) 626-3600

                Counsel to Plaintiff Diamond Tools Technology (Thailand) Ltd.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0184
Fax: (202) 307-0972

Attorneys for Defendant United States

 /s/ Daniel B. Pickard
Daniel B. Pickard
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Suite 300
Washington, DC 20006
(202) 452-7900

Counsel to Defendant-Intervenor Diamond
Sawblades Manufacturer's Coalition

Date: October 10, 2023