## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| DIAMOND TOOLS TECHNOLOGY (THAILAND) LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> DIAMOND SAWBLADES MANUFACTURERS' COALITION, <br><br> Defendant-Intervenor. | Court No. 19-00143 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, dismisses this action with prejudice with each party to bear its own costs, attorney's fees, and expenses.

Dated: October 10, 2023

                                              **On behalf of Plaintiff Diamond Tools Technology (Thailand) Ltd.:**

                                              /s/ Jay C. Campbell
                                              Jay C. Campbell
                                              WHITE & CASE LLP
                                              701 Thirteenth Street, NW
                                              Washington, DC 20005
                                              Telephone: (202) 626-3632

**On behalf of Defendant United States:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0184
Fax: (202) 307-0972

Attorneys for Defendant United States

**On behalf of Defendant-Intervenor Diamond Sawblades Manufacturer's Coalition:**

/s/ Daniel B. Pickard
Daniel B. Pickard
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Suite 300
Washington, DC 20006
(202) 452-7900

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| DIAMOND TOOLS TECHNOLOGY (THAILAND) LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> DIAMOND SAWBLADES MANUFACTURERS' COALITION, <br><br> Defendant-Intervenor. | Court No. 19-00143 |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed, with each party to bear its own costs and fees.

Dated: _____

                                                                  Clerk, U.S. Court of International Trade

                                                                  By: _____
                                                                             Deputy Clerk