## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| DIAMOND TOOLS TECHNOLOGY (THAILAND) LTD.,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br> Defendant,<br><br>and<br><br>DIAMOND SAWBLADES MANUFACTURERS' COALITION,<br><br> Defendant-Intervenor. | Court No. 19-00143 |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed, with each party to bear its own costs and fees.

Dated:   October 10, 2023

                      Clerk, U.S. Court of International Trade

                      By:    /s/ Lewis Hugh
                          Deputy Clerk